THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, OF LONDON, ENGLAND, Appellant, *v.* NEW YORK LINEN SUPPLY AND LAUNDRY COMPANY, INC., Respondent.

*Subrogation — contract — action by insurance company to recover on indemnity agreement amount paid in satisfaction of judgment recovered in action against policyholder.*

*Employers' Liability Assur. Corp., Ltd.,* v. *N. Y. Linen Supply & Laundry Co., Inc.,* 209 App. Div. 803, affirmed.

(Argued October 15, 1924; decided November 25, 1924.)

APPEAL from a judgment, entered June 10, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an order of Special Term granting defendant's motion for judgment on the pleadings. The action was brought by the plaintiff, an insurance corporation, under subrogation to the rights of its policyholder, Otis Elevator Company, to recover upon an indemnity agreement made between Otis Elevator Company and the defendant New York Linen Supply and Laundry Company, Inc. The Otis Elevator Company, under a contract with the defendant, constructed and installed an elevator in premises owned by the defendant, and the indemnity agreement in question was entered into at a time when the elevator was handed over to the possession and control of the defendant, at the defendant's request, prior to the completion of the work under the contract. An accident having occurred to one Harry Smith while the elevator was being operated by the defendant, and the Otis Elevator Company having been sued by said Harry Smith for damage for personal injuries, and the plaintiff, under its policy of insurance with the Otis Elevator Company, having defended the action and having paid a judgment recovered by Smith against the Otis Elevator Company, brings this action to recover the amount of the judgment in that action, and the reasonable cost of conducting the defense.

*Laurence C. Stryker* for appellant.
*Copal Mintz* and *Louis S. Posner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

CATHERINE A. EGER, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Negligence — municipal corporations — streets — action to recover for injury from fall occasioned by defect in sidewalk — erroneous charge and refusal to charge.*

*Eger* v. *City of New York*, 206 App. Div. 718, affirmed.

(Argued October 16, 1924; decided November 25, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 24, 1923, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in failing to keep the sidewalk on Bedford avenue in the city of Brooklyn in proper repair. Plaintiff, while walking along said street about ten-thirty at night stepped into a hole in the sidewalk and falling received the injuries complained of. The Appellate Division held that it was error for the trial court to charge that if the hole was less than four inches deep but was obscured by shadows a question of fact as to the liability of the city was presented and to refuse to charge that if the jury find the depression to have been less than four inches then the city was not liable.

*Ralph G. Barclay* and *Charles F. Hulseman* for appellant.

*George P. Nicholson, Corporation Counsel* (*Charles J. Druhan* and *Joseph P. Reilly* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.